**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
California Bar No. 330990
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CORINTHIA MIMS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> vs. <br><br> MEDICARE FARMS 2.0, LLC, a California limited liability company, <br><br> *Defendant*. | Case No. 5:20−cv−01589−JGB−SP <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Corinthia Mims, and Defendant, Medcare Farms 2.0, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.    All claims of the Plaintiff, Corinthia Mims, individually, are hereby dismissed with prejudice.

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: Janaury 15, 2021                    Respectfully submitted,

By: */s/ Scott Edelsberg*                    By: */s/ Ryan Thomason*

**EDELSBERG LAW, P.A.**                    **HORWITZ + ARMSTRONG, PLC**
Scott Edelsberg, Esq.                    John R. Armstrong, SBN 183912
Florida Bar No. 0100537                    Andrew M. Jun, SBN 318510
California Bar No. 330990                    Ryan Thomason, SBN 32562114
scott@edelsberglaw.com                    Orchard, Suite 200
20900 NE 30th Ave., Suite 417            Lake Forest, CA 92630
Aventura, FL 33180                        Telephone: (949) 540-6540
                                          Facsimile: (949) 540-6578
*Counsel for Plaintiff and the*
*Proposed Class*                          *Attorneys for Defendant Medcare*
                                          *Farms 2.0, LLC*

**JOINT STIPULATION OF DISMISSAL**

## __CERTIFICATE OF SERVICE__

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: _/s/ Scott Edelsberg_

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
California Bar No. 330990
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

_Counsel for Plaintiff and the Proposed Class_

**JOINT STIPULATION OF DISMISSAL**